Case 2:23-cv-03081-SVW-RAO   Document 19   Filed 10/10/23   Page 1 of 1   Page ID #:80

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edmond Neal,<br><br>        Plaintiff,<br><br>  vs.<br><br>FRESCO'S GYM, LLC; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:23-cv-03081-SVW (RAOx)<br><br>**Judgement** |

Judgment is entered in favor of Plaintiff Edmond Neal against Defendant Fresco's Gym, LLC in the amount of $4,000.00 and attorney's fees and costs are affixed in the amount of $2,807.00. Plaintiff is also granted injunctive relief, and Defendant is ordered to bring the following features of its restroom into compliance with the Americans with Disabilities Act Accessibility Guidelines: grab bars, toilet paper dispenser, paper towel dispenser, mirror, door lock, and clearance underneath the sink.

      IT IS SO ORDERED.

Date:  October 10, 2023

                                                  _____
                                                  HON. STEPHEN V. WILSON
                                                  UNITED STATES DISTRICT JUDGE